IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH,<br><br>        Plaintiff,<br><br>vs.<br><br>DON A. STAGGS, CINDY BASSETT, and ZACHERY KELLER,<br><br>        Defendants. | 8:24CV239<br><br>**MEMORANDUM AND ORDER** |

    Plaintiff filed his Complaint in this matter on June 20, 2024, Filing No. 1, while he was incarcerated. On that same date Plaintiff filed a motion to proceed in forma pauperis. Filing No. 2. Prior to the motion to proceed in forma pauperis being addressed, Plaintiff filed a change of address on September 10, 2024, indicating that he is no longer incarcerated. *See* Filing No. 8.

    Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $405.00 filing and administrative fees.

    IT IS THEREFORE ORDERED that:

    1.    The pending motion to proceed in forma pauperis, Filing No. 2, is denied. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $405.00 filing and administrative fees by **November 22, 2024**. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

    2.    The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

2

3. The Clerk of the Court is directed to set a pro se case management deadline with the following text: **November 22, 2024**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 23rd day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court